UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22468-KMW

DOUG LONGHINI,

    Plaintiff,

v.

BISCAYNER SOUTH, LLC and
YNTO FOOD CORP.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendants, BISCAYNER SOUTH, LLC and YNTO FOOD CORP., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 27th, day of August, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Robert T. Slatoff* |
| ANTHONY J. PEREZ | ROBERT T. SLATOFF |
| Florida Bar No.: 535451 | Florida Bar No.: 816116 |
| GARCIA-MENOCAL & PEREZ, P.L. | FRANK WEINBERG & BLACK, P.L. |
| 4937 S.W. 74th Court, Unit #3 | 1875 N.W. Corporate Boulevard, Ste 100 |
| Miami, FL 33155 | Boca Raton, FL 33431 |
| Telephone: (305) 553- 3464 | Telephone: (561) 989-0700 |
| Facsímile: (305) 553-3031 | Primary Email: rslatoff@fwblaw.net |
| Primary Email: ajperezlaw@gmail.com; | *Counsel for Defendant, YNTO Food Corp.* |
| aquezada@lawgmp.com | |
| *Attorney for Plaintiff* | |

/s/ *Jorge L. Fors*
JORGE L. FORS

Florida Bar No.: 347647
**FORS | ATTORNEYS AT LAW**
1108 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 448-5977
Primary Email: jfors@forslegal.com
*Counsel for Defendant, Biscayner South*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 27th, day of August, 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: aquezada@lawgmp.com;
bvirues@lawgmp.com
crodriguez@lawgmp.com.

By: _/s/ Anthony J. Perez____
ANTHONY J. PEREZ
Florida Bar No.: 535451