**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-22468-KMW

DOUG LONGHINI,

    Plaintiff,

 v.

BISCAYNER SOUTH, LLC and
YNTO FOOD CORP.,

    Defendants.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DOUG LONGHINI, and Defendant, BISCAYNER SOUTH, LLC and YNTO FOOD CORP, having entered into a Confidential Settlement Agreement that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice and, except as otherwise agreed to by the Parties in their Agreement, each party shall bear its respective fees and costs.

Respectfully submitted this 11th day of September, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Robert T. Slatoff* |
| ANTHONY J. PEREZ | ROBERT T. SLATOFF |
| Florida Bar No.: 535451 | Florida Bar No.: 816116 |
| GARCIA-MENOCAL & PEREZ, P.L. | FRANK WEINBERG & BLACK, P.L. |
| 4937 S.W. 74th Court, Unit #3 | 1875 N.W. Corporate Boulevard, Ste 100 |
| Miami, Florida 33155 | Boca Raton, FL 33431 |
| Telephone: (305) 553- 3464 | Telephone: (561) 989-0700 |
| Facsimile: (305)553-3031 | Primary Email: rslatoff@fwblaw.net |
| Email: ajperezlaw@gmail.com | *Counsel for Defendant, YNTO Food Corp.* |
| Florida Bar No.: 535451 | |
| *Attorney for Plaintiff* | */s/ Jorge L. Fors* |
| | JORGE L. FORS |
| | Florida Bar No.: 347647 |
| | **FORS | ATTORNEYS AT LAW** |
| | 1108 Ponce de Leon Blvd. |
| | Coral Gables, FL 33134 |
| | Telephone: (305) 448-5977 |
| | Primary Email: jfors@forslegal.com |
| | *Counsel for Defendant, Biscayner South* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com
crodriguez@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ